IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| NATHANIEL TODD, #R-12865, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL NO. 11-cv-210-JPG |
| ) | |
| DR. PHIL MARTIN, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

**GILBERT, District Judge:**

This action came before the Court on Plaintiff's motion to proceed *in forma pauperis*. On March 23, 2011, the Court ordered Plaintiff to pay the full filing fee of $350 by April 12, 2011. Following Plaintiff's failure to comply with that order in the time allotted,

**IT IS HEREBY ORDERED AND ADJUDGED** this action is **DISMISSED without prejudice** for failure to comply with an order of this Court. FED.R.CIV.P. 41(b); *see generally James v. McDonald's Corp.*, 471 F.3d 672, 681 (7th Cir. 2005); *Ladien v. Astrachan,* 128 F.3d 1051 (7th Cir. 1997). All pending motions are **DENIED** as moot. The Clerk is **DIRECTED** to **CLOSE THIS CASE**.

IT IS SO ORDERED.

DATED: June 16, 2011

                  *s/J. Phil Gilbert*
                  **United States District Judge**